**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| John Keenan, | : |
| | : |
| | : Civil Action No.:  10-2793 |
| Plaintiff, | : |
| v. | : |
| | : |
| AFNI, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |
| | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

John Keenan ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 16, 2010

Respectfully submitted,

By:  /s/ Mary Marshall Smythe

Mary Marshall Smythe, Esq. (Bar. No.: 27092)
77 West 85th Street, Apt. 6E
New York, NY 10024
Attorneys for Plaintiff

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 16, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Louisiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By  /s/ Mary Marshall Smythe

Mary Marshall Smythe